THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JEREMIAH G. TRINCAL, Appellant.

*People* v. *Trincal*, 180 App. Div. 894, appeal dismissed.
(Submitted October 6, 1919; decided October 14, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1917, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 1148 of the Penal Law.

The motion was made upon the ground of failure to file the return.

*Edward Swann, District Attorney (Felix C. Benvenga* of counsel) for motion.

No one opposed.

Motion granted and appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IROQUOIS DOOR COMPANY, Appellant, *v.* WALTER H. KNAPP et al., Composing the Tax Commission of the State of New York, Respondents.

*People ex rel. Iroquois Door Co.* v. *Knapp*, 186 App. Div. 172, affirmed.
(Argued October 1, 1919; decided October 21, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 24, 1919, which confirmed a determination of the state tax commission refusing to credit the relator, on its franchise tax for the year ending November 1, 1918, with more than one-half of the local tax paid by it in the year 1917.

*John A. Van Arsdale* for appellant.

*Charles D. Newton, Attorney-General (Claude T. Dawes* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.